IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HELENA CHEMICAL COMPANY, INC., d/b/a HELENA FINANCE, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 1:09cv408-WHA |
| RJL FARM, INC. and JNL Farm, Inc., | ) ) | (WO) |
| Defendants. | ) | |

**FINAL JUDGMENT**

Pursuant to the order entered in this case on this day,

Final Judgment is entered in favor of the Plaintiff, Helena Chemical Company, Inc., d/b/a Helena Finance, and against the Defendants, RJL Farm, Inc. and JNL Farm, Inc., in the amount of Eight Hundred Thousand Eight Hundred Twenty-one and 25/100 ($800, 821.25) dollars, together with costs of court and interest accruing after this date.

This case is DISMISSED.

DONE this 29th day September, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE